■ The People of the State of New York, Respondent, v Angel DeJesus, Appellant. [951 NYS2d 877]—

Concur—Friedman, J.P., Moskowitz, Freedman, Richter and Abdus-Salaam, JJ.